FILED

09 SEP -1 PM 5:32

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

William E. Holliman - #33453

CV 09 80185 MISC

**ORDER TO SHOW CAUSE**

It appearing that William E. Holliman has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

William E. Holliman
Attorney at Law
2404 Springfield Drive
Mesquite, TX 78181