**FILED**

NOV 1 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                           No CV-09-80185 MISC VRW

William E. Holliman,                         ORDER

　　State Bar No 33453

_____/

     On September 1, 2009, the court issued an order to show cause (OSC) why William E. Holliman should not be removed from the roll of attorneys authorized to practice law before this court, Based upon his inactive enrollment as a member of the State Bar of California pursuant to Rule 9.31, effective July 1, 2009.

     The OSC was mailed to Mr. Holliman's address of record with the State Bar on September 2, 2009. A written response was due on or before October 1, 2009. No response to the OSC has been filed as of this date.

     The court now orders William E. Holliman removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

     IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

William E. Holliman

Case Number: CV-09-80185 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William E. Holliman
2404 Springfield Drive
Mesquite, TX 78181

Dated: November 16, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk